Matthews et ux., Appellants, *v.* Citizens
National Bank of Evans City.

Submitted Novem-

ber 13, 1968. *James R. Hornick,* for appellants; *Roy F. Walters, Jr.,* and *Brandt, Riester, Brandt & Malone,* for appellee.

Judgment affirmed.